IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-597-RLV-DCK

| | |
|---|---|
| JAMES R. ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBE LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) concerning Robert B. Delano, Jr., filed February 17, 2011. Mr. Delano seeks to appear as counsel *pro hac vice* for Defendant Globe Life and Accident Insurance Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Delano is admitted to appear before this court *pro hac vice* on behalf of Defendant Globe Life and Accident Insurance Company.

Signed: February 17, 2011

David C. Keesler
United States Magistrate Judge