# United States District Court
## For The Western District of North Carolina
## Charlotte Division

James R. Robinson,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                          3:10cv597

Globe Life and Accident Insurance Co.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2011 Order.

Signed: June 1, 2011

Frank G. Johns, Clerk
United States District Court